**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ROBERT YOUNGS PELGRIFT, JR., and SUSAN CURTIS PELGRIFT, | |
| Plaintiff | Civil Action No.: 3:24-CV-00474-JCH |
| vs. | |
| CITIMORTGAGE, Inc., as successor in interest to CITICORP MORTGAGE, Inc.; STEPHEN KEYES; KRISTEN KEYES; WILLIAM PAGE; LISA PAGE; TOWN OF GREENWICH; PATRICIA SESTO, in her individual capacity; and BETH EVANS, JUAN PAREDES, and JODI COUTURE in their individual and official capacities, | |
| Defendants. | September 11, 2024 |

**REQUEST FOR SUBSTITUTION OF COUNSEL**

Please find enclosed a request to substitute counsel for the Plaintiffs in this matter.

FOR THE PLAINTIFFS

BY: /s/ .

David M. Sherry (ct30775)
Jacobi & Case, P.C.
185 Plains Road, Suite 103E
Milford, CT 06461
(203) 874-7110
dsherry@jacobicase.com

**CERTIFICATION**

The undersigned hereby certifies that on September 11, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Andrew J. Petrie
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202
303-292-2400
Email: petriea@ballardspahr.com

David A. Schulz
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY 10019
212-850-6103
Fax: 212-223-1942
Email: schulzd@ballardspahr.com

Jacquelyn A Kapinos
Ballard Spahr LLP
111 S. Calvert Street
Suite 2700
Baltimore, MD 21202
410-528-5642
Fax: 410-528-5650
Email: kapinosj@ballardspahr.com

Brian Matthew Paice
Conway Stoughton LLC
641 Farmington Avenue
Hartford, CT 06105
860-523-8000
Fax: 860-523-8002
Email: bpaice@conwaystoughton.com

Joseph Michael Musco
Law Offices of Brian J. Farrell Jr. - NH
555 Long Wharf Dr., 9th Fl.
New Haven, CT 06511
203-782-4122
Fax: 203-782-4128
Email: joseph.musco@m-ilaw.com

Patricia Ann Boyce Iassogna
Musco & Iassogna
555 Long Wharf Drive
New Haven, CT 06511
203-782-4122
Fax: 203-782-4128
Email: patricia.iassogna@m-ilaw.com

Ann Catino
Halloran & Sage, LLP
225 Asylum Street
19th Floor
Hartford, CT 06103
860-522-6103
Email: catino@halloransage.com

Kenneth R. Slater, Jr.
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-522-6103
Email: slater@halloransage.com

/s/ .

David M. Sherry (ct30775)
Jacobi & Case, P.C.
185 Plains Road, Suite 103E
Milford, CT 06461
(203) 874-7110
dsherry@jacobicase.com

✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of Connecticut

Robert Youngs Pelgrift, Jr., et al.
Plaintiff (s),
V.
Citimortgage, Inc. et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 3:24-cv-00474-JCH

Notice is hereby given that, subject to approval by the court, Robert Pelgrift Jr. and Susan Pelgrift (Party (s) Name) substitutes David M. Sherry (Name of New Attorney), State Bar No. 438926 (CT) as counsel of record in place of Douglas E. Lieb (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Jacobi & Case, P.C.
Address: 185 Plains Road Suite 103E, Milford, CT 06461
Telephone: (203) 874-7110 Facsimile (203) 874-6469
E-Mail (Optional): dsherry@jacobicase.com

I consent to the above substitution.
Date: 09/11/2024

(Signature of Party (s))

I consent to being substituted.
Date: 9/11/2024

Douglas E. Lieb Digitally signed by Douglas E. Lieb Date: 2024.09.11 12:25:59 -04'00'
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/11/2024

David M. Sherry Digitally signed by David M. Sherry Date: 2024.09.11 11:53:42 -04'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ______

______
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**